# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

144673

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

In re DAWN MARIE KABANUK.

_____

PEOPLE OF THE STATE OF MICHIGAN,
   Appellee,

v

DAWN MARIE KABANUK,
   Appellant.

_____/

SC: 144673
COA: 301536
Oakland CC: 2009-763778-PH

   On order of the Court, the application for leave to appeal the January 19, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

h0716